# MINUTE ORDER

Page 4

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor     Date: 2/19/2020    Time: 1:30 p.m.

Defendant: PEDRO A. AQUINO-EUFRACIA    J#: 20863-104    Case #: 20-2250-MJ-MCALILEY SEALED

AUSA: Yara Klukas     Attorney: AFPD - Ashley Kay

Violation: D/NJ/WARR/COMP/CONSP/LAUNDER MONETARY INSTRUMENTS    Surr/Arrest Date: 2/18/2020    YOB: 1978

Proceeding: Initial Appearance     CJA Appt: Kate Taylor

Bond/PTD Held: ○ Yes ○ No     Recommended Bond: 

Bond Set at:     Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services / Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ___
- [ ] Other: ___

Language: English

Disposition: D/advised. D/sworn Appt., AFPD. Govt req. PTD, PTD as a risk + danger to the community. Case unsealed.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel: 
(PTD/Bond Hearing): 2/21/20 10 AM
Prelim/Arraign or (Removal): 2/21/20 10 AM
Status Conference RE:
D.A.R. 13:49:14     Time in Court: 10

s/Chris M. McAliley     Magistrate Judge